```
 1  LOEB & LOEB LLP
    SCOTT M. LIDMAN (State Bar No. 199433)
 2  ORNAH MEDOVOI (State Bar No. 222050)
    10100 Santa Monica Boulevard, Suite 2200
 3  Los Angeles, California 90067-4120
    Telephone:    310-282-2000
 4  Facsimile:    310-282-2200

 5  Attorneys for Defendants
    The Salvation Army and Karna Allen
 6
    LAW OFFICES OF RAFAEL CRESPO, JR.
 7  RAFAEL CRESPO, JR.
    2729 Mission Street #204
 8  San Francisco, California 94110
    Telephone: 415-285-2063
 9  Facsimile:   415-285-2088

10  Attorneys for Plaintiff
    Esperanza Gonzalez
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ESPERANZA GONZALEZ, | ) | Case No. C 06 6305JSW |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT** |
| vs. | ) ) | **KARNA ALLEN AND EXTEND TIME FOR DEFENDANT THE SALVATION** |
| THE SALVATION ARMY, KARNA ALLEN and DOES 1 to 50, | ) ) ) | **ARMY TO RESPOND TO COMPLAINT** |
| Defendants. | ) ) | |

LA1588372.2
0769910175
10/31/2006 om

STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT KARNA ALLEN AND EXTEND TIME FOR DEFENDANT THE SALVATION ARMY TO RESPOND TO COMPLAINT

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

1  **WHEREAS,** on October 6, 2006, Plaintiff Esperanza Gonzalez ("Plaintiff") filed a Complaint against defendants The Salvation Army ("The Army") and Karna Allen (collectively "Defendants"),

4  **WHEREAS,** the Complaint asserts a claim under the Americans with Disabilities Act ("ADA") against both Defendants, and another claim for breach of implied covenant of good faith and fair dealing against only The Army;

7  **WHEREAS,** after meet and confer efforts between counsel for all parties, Plaintiff has agreed to dismiss defendant Karna Allen with prejudice;

9  **WHEREAS,** The Army's response to the Complaint is due by no later than October 6, 2006;

11  **WHEREAS,** the parties require additional time to meet and confer regarding various substantive issues pertaining to the Complaint;

13  **WHEREAS,** the parties have agreed to extend the time in which The Army must respond to the Complaint by two weeks, to and including November 20, 2006;

15  **THEREFORE,** the parties hereto, through their respective attorneys of record, hereby stipulate as follows:

17  1.  Defendant Karna Allen is dismissed from the Complaint with prejudice; and

18  2.  The time for The Army to file and serve its response to the Complaint is extended by two weeks, to and including November 20, 2006.

Dated: ~~October~~ Nov. 2, 2006

LOEB & LOEB LLP
SCOTT M. LIDMAN
ORNAH MEDOVOI

By: /s/ Scott M. Lidman

Scott M. Lidman
Attorneys for Defendants
The Salvation Army and Karna Allen

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1588372.2
07697910175
10/31/2006 om

2

STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS DEFENDANT KARNA ALLEN AND EXTEND TIME FOR DEFENDANT THE SALVATION ARMY TO RESPOND TO COMPLAINT

By: /s/ Rafael Crespo
Rafael Crespo, Jr.
Attorneys for Plaintiff
Esperanza Gonzalez

## ORDER

Based on the stipulations between the parties, the Court **HEREBY ORDERS AS FOLLOWS:**

1. Defendant Karna Allen is dismissed from the Complaint with prejudice; and
2. The time for Defendant The Salvation Army to respond to the Complaint is extended by two weeks, to and including November 20, 2006.

**IT IS SO ORDERED.**

Dated: November 6, 2006

/s/
Hon. Jeffrey S. White
Judge, United States District Court

by Honorable Phyllis J. Hamilton

3
LA1 588372.2
07697910175
10/31/2006 om
STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT KARNA ALLEN AND EXTEND TIME FOR DEFENDANT THE SALVATION ARMY TO RESPOND TO COMPLAINT

11/02/2006 09:39 14152852088 RAFAEL CRESPO PAGE 01/02