# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ESPERANZA GONZALEZ

Plaintiff(s),

v.

THE SALVATION ARMY, et al

Defendant(s).

_____/

CASE NO  C-06-6305JSW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 01/11/07 _____

Dated: 2/3/07

Scott M. Lidman, Esq.
Attorney for Plaintiff

Rafael Crespo, Jr., Esq
Attorney for Defendant

IT IS SO ORDERED
Judge Jeffrey S. White

Dated:  February 7, 2007